FILED

MAY 23 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNAMARIE RIETHMILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SENATE COMMITTEE )<br>ON INTERNATIONAL AFFAIRS, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. *14-878* |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). The Court has read the complaint carefully, and identifies no cognizable legal claim. The pleading is verbose and incoherent, and, as drafted, it utterly fails to comply with Rule 8(a). Accordingly, the complaint and this civil action will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

/s/ Beryl A. Howell
United States District Judge

DATE: 5/19/2014